## DELANEY, Appellant, v. MISSOURI PACIFIC RAILROAD COMPANY.

### Division One, May 21, 1902.

Appeal from St. Louis City Circuit Court.—*Hon. H. D. Wood,* Judge.

AFFIRMED.

*Clinton Rowell* and *Joseph H. Zumbalen* for appellant.

*Henry G. Herbel* and *Martin L. Clardy* for respondent.

MARSHALL, J.—This is an action in ejectment to recover the south half of city block 3154 in the city of St. Louis. In all respects this case is like the case of Boyce v. Missouri Pacific Railroad Company, ante, page 583, and what is said in that case is equally applicable to this case. For these reasons the judgment of the circuit court is affirmed. All concur.